IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lillie Stovall
    Plaintiff(s)

vs.    Civil No.: AMD-00-1633

American Home, et al
    Defendant(s)

\*\*\*\*\*\*

ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 26th day of July, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

Andre M. Davis
United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing